| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| GERARD J. MONTIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-CV-22 |
| | § | |
| TEXAS MUTUAL INSURANCE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 6), which recommends that the court dismiss this case for lack of subject matter jurisdiction. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 6) is **ADOPTED**; and this case is dismissed without prejudice.

**Signed this date.**

**Mar 24, 2015**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE